# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION ) ) ) | |
| ) | MDL Docket No. 1332 |
| ) | |
| This document relates to: ) | Hon. J. Frederick Motz |
| ) ) | |
| *Daisy Mountain Fire District* ) *v. Microsoft Corp.,* ) Civil Action No. JFM-07-2851 ) ) | |

### PLAINTIFF'S MOTION FOR ATTORNEY FEES AND EXPENSES
### AND FOR AN INCENTIVE PAYMENT TO DAISY MOUNTAIN FIRE DISTRICT
### PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT

Pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure, Plaintiff Daisy Mountain Fire District ("Fire District") moves this Court for the payment of attorney fees, reimbursement of costs, and payment of an incentive award to Fire District. Fire District's counsel sees an award of $836,386.46 which simply reimburses counsel for their lodestar directly incurred in filing and litigating the claims of this Settlement Class plus costs. Microsoft supports counsel's request for an award of fees and costs in this amount. No member of the Settlement Class has raised any objection to the fee award disclosed in the Notice of Class Action Settlement, which indicated that Plaintiff might seek a fee award of up to $1,324,577.40. Attorneys' fees and costs and any incentive award are to be paid by Microsoft in addition to the $4,415,258 to be paid to members of the Settlement Class, ensuring that this award does not deplete the sum available for distribution to the Class. This motion is based upon the Settlement Agreement (previously provided as Exhibit A to the Griffin Declaration in Support of Preliminary Approval), the September 22, 2009, agreement of the parties regarding attorneys'

fees and costs (provided as Exhibit A to the Griffin Declaration in Support of Final Approval), the accompanying memorandum of law, and the record in this action.

RESPECTFULLY SUBMITTED this 25th day of September, 2009.

**KELLER ROHRBACK L.L.P.**

By: s/ Mark A. Griffin
　　Mark A. Griffin
　　Lynn Lincoln Sarko
　　Raymond J. Farrow
　　1201 Third Avenue, Suite 3200
　　Seattle, WA 98101-3052
　　Tel: (206) 623-1900
　　Fax: (206) 623-3384
　　mgriffin@kellerrohrback.com

　　Mark D. Samson
　　Gary A. Gotto
　　Ron Kilgard
　　**KELLER ROHRBACK P.L.C.**
　　3101 North Central Avenue, Suite 1400
　　Phoenix, AZ 85012-2643
　　Tel: (602) 248-0088
　　Fax: (602) 248-2822

　　*Attorneys for Plaintiff*
　　*Daisy Mountain Fire District and Settlement Class*